**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| OLEG ILYAYEV, | ) CASE NO. 1:06 cv 1930 |
| Plaintiff(s), | ) |
| v. | ) |
| BENNIE KELLY, WARDEN | ) |
| Defendant(s). | ) **J U D G M E N T** |

The Court has filed its Memorandum of Opinion and Order in the above-captioned matter. The Court finds that an appeal from this decision could not be taken in good faith. 28 U.S.C § 1915(a)(3).  Since Petitioner has not made a substantial showing of a denial of a constitutional right directly related to his conviction or custody the Court declines to issue a certificate of appealability 28 U.S.C. § 2253(c)(2). Fed.R.App.P.22(b).

IT IS SO ORDERED.

February 7, 2008                         S/Christopher A. Boyko
                                         HONORABLE CHRISTOPHER A. BOYKO
                                         UNITED STATES DISTRICT JUDGE